**In re: Guetatchew FIKROU, Debtor.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**Guetatchew Fikrou, Appellant,**

v.

**Devin Derham–Burk, Chapter 13 Trustee; et al., Appellees.**

No. 01–15160, NC–00–01106–RYGR.
BAP No. NC–00–01106–RyGR.

United States Court of Appeals,
Ninth Circuit.

Submitted April 8, 2002 *.

Decided April 15, 2002.

Before BROWNING, KLEINFELD, and GOULD, Circuit Judges.

MEMORANDUM **

Guetatchew Fikrou appeals pro se the Bankruptcy Appellate Panel's ("BAP") affirmance of the bankruptcy court's summary judgment in favor of defendants in his adversary action, which challenged the transfer of property. We have jurisdiction pursuant to 28 U.S.C. § 158(d). We independently review the BAP decision. *See United States v. Battley (In re Kimura),* 969 F.2d 806, 810 (9th Cir.1992). We review for clear error the bankruptcy court's findings of fact, and we review de novo its conclusions of law. *See id.* We affirm for the reasons stated in the BAP's memorandum disposition filed December 20, 2000.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellant's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the

Fikrou's remaining contentions are without merit.

AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellant's request for oral argument is denied.

** This disposition is not appropriate for publi-